UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SHIRLEY SMITH**                                                                                       **PLAINTIFF**

v.                             **CASE NO. 5:10cv00105 BSM**

**C B KING MEMORIAL SCHOOL, INC., et al.**
                                                                                                        **DEFENDANTS**

## ORDER

Plaintiff Shirley Smith ("Smith") requests that defendants be compelled to respond to interrogatories nos. 1 and 2 and requests for production nos. 1, 2, 5, 7, 10, 11, 12, 14 and 16 contained in her first set of interrogatories and requests for production. [Doc. No. 26]. Defendants object. [Doc. No. 28]. The motion is granted. Defendants are directed to provide responses to the interrogatories and requests for production listed above on or before March 21, 2011. Additionally, Smith is entitled to $750 in attorney's fees, and both parties are reminded of the joint stipulation and protective order regarding confidentiality.

IT IS SO ORDERED this 17th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE